IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
**IN ADMIRALTY**

Case #:

IN THE MATTER OF THE:

COMPLAINT OF GEORGE I. PINO
AS OWNER OF MOTOR VESSEL
GIP-C II BEARING USCG OFFICIAL #
1294732 FOR EXONERATION
FROM OR LIMITATION OF LIABILITY.

        Petitioner.

_____/

### DECLARATION OF VALUE

Pursuant to 28 U.S.C. Section 1746, the undersigned, DAVE MORRIS, declares and states under penalty of perjury that the following is true and correct:

1.　My name is Dave Morris.

2.　I am over the age of eighteen (18) years, *sui juris*, and am legally competent to testify.

3.　I have personal knowledge of the facts stated herein and, could and would attest to such if called upon to testify.

4.　I am a marine surveyor and appraiser employed by Morris Marine, Inc., 1323 SE 17th Street # 501, Ft Lauderdale, FL  33316.  My job responsibilities include surveying and appraising yachts and other watercraft involved in marine casualties to determine their fair market value.  I have been performing this type of work for 23 years.

5.　I am an Accredited Marine Surveyor with the Society of Accredited Marine Surveyors.  I am an Accredited Senior Appraiser with the American Society of Appraisers.

I have additional licenses and certifications.  A copy of my curriculum vitae is attached hereto as Exhibit A.

6.      The subject vessel, GIP-C II, is a 2019 Robalo, Model R302, assigned United States Coast Guard Official Number 1294732.  The vessel is reportedly powered by two Yamaha outboard engines rated at 300 HP each for a total of 600 HP.

7.      I have not personally attended onboard the subject vessel to determine its condition, extent of equipment fitted and damage due to its seizure by the FWC in furtherance of their investigation into the subject accident.  I am generally familiar with this model vessel.  I have reviewed post accident photographs showing damage to the vessel.  It is assumed that the vessel was in average condition on September 3, 2022 with typical equipment fitted for a vessel of this type and age.

8.      On September 4, 2022, the subject vessel reportedly sustained starboard side damage from striking a navigational marker.  After the allision, the vessel reportedly took on water, became partially submerged and then rolled over, coming to rest with its hull above the surface of the water.  While the full extent of damage has not been determined, the damages resulting from the ~~loss~~ accident of September 4, 2022 are assumed to include:

      i.   approximately 10' length of the starboard hull is missing

      ii.  entire contents of hull submerged in salt water

      iii. main engines submerged in salt water

9.      Though detailed and itemized estimates for repairs to accident related damages have not been produced, the cost of repairs will exceed the pre-accident value of the vessel.

10.     The fair market value of the subject 2019 Robalo, Model R302, as of September 4, 2022 (immediately after the accident) in Monroe County, Florida was approximately $5,000.00.  The most likely buyer of the vessel would come from the salvage sale market for subsequent stripping parts from the vessel that can be re-used.

11.     Fair market value is the estimated amount of money in terms of cash that may reasonably be expected for the vessel in exchange between a willing buyer and a willing seller with equity to both, in an appropriate marketplace, when neither is acting under compulsion and when both have reasonable knowledge of relevant facts, as of a specific date.

**FURTHER DECLARANT SAYETH NOT.**

**Executed on March 10, 2023**

**DAVE MORRIS**
**MORRIS MARINE, INC.**

# EXHIBIT "A"

# Dave Morris

1323 SE 17th Street # 501
Ft Lauderdale, FL  33316
USA
Phone: +1 954.294.1519
Email: dave@morrismarine.net

## Education

Clemson University - BS Mechanical Engineering, Dean's List, Honor Roll in College of Engineering.

Westlawn Institute of Marine Technology – Completed portions of Yacht Design Lite program.

## Maritime Experience

2004 – present   Morris Marine, Inc.
*Surveyor and Appraiser* – Performed damage surveys for underwriters, insureds and claimants.  Surveyed over $66 million in damage and yachts up to 370' length.  Responded to 6 catastrophes including hurricanes and ice storms.  Testified in State of Florida Court and in United States District Court in admiralty.  Performed appraisals and condition and value surveys for yachts up to 203' length.  Performed accident reconstruction of marine casualties.  Performed loading and discharge surveys for yachts carried as cargo onboard ships.  Served as warranty representative for superyacht builder.  Conducted ship security surveys for yachts over 500 gross tons and wrote ship security plans in accordance with the ISPS code.  Performed ISM internal audits. Performed Marshall Islands fit for purpose surveys on yachts up to 130'.

2002 – 2004   Superyacht Technologies (contracting as Morris Marine, Inc.)
*Surveyor and Project Manager* – Conducted damage surveys and condition & value surveys on yachts up to 147'.  Assisted yachts with compliance to the MCA Safety Code of Practice.  Approved surveyor for yachts with the Marshall Islands Safety Code of Practice.  Re-fit project manager.  New-build specification writing and systems selection. Developed and implemented ISM systems and conducted internal audits for yachts and the shore office.  Wrote customized SOLAS safety training manuals for yachts.  Owner's representative for initial load line, IOPP, hull, machinery and dry dock classification society surveys.  Designed solutions for yachts to comply with classification society survey deficiencies.  Conducted and witnessed inclining experiments.  Produced vessel fire control and safety plans.  Conducted onboard security training for crew in accordance with the ISPS code.  Brought 3 yachts into compliance with ISPS and served as company security officer.

2000      <u>R.E. Silvera & Assoc, Marine Surveyors and Consultants (contracting as Morris Marine, Inc.)</u>
*Apprentice surveyor* – Performed condition & value surveys for motor yachts up to 165'.

1997 – 2001      <u>Yacht Crew</u>
*Engineer* – Served as build engineer (owner's representative) during the construction of a 120' fiberglass motor yacht in Vancouver, BC, Canada. Surveyed the boat daily during the later stages of the build process.  Set up and executed maintenance program while cruising the North American Pacific Northwest / Southeast Alaska.  Assisted the owner with warranty issues.  Also served as security officer responsible for writing the security plan and implementing training with crew.  Served as relief engineer for yachts up to 127' cruising the west coast of North and Central America, Bahamas and Florida.

*Mate* – Served on various motor yachts up to 125' cruising the west coast of North and Central America, Bahamas, Caribbean and east coast of the United States.  Transited the Panama Canal.  Officer in charge of navigational watch.  Supervised deck crew.  Performed and oversaw re-fit work during yard periods.

*Captain* – Served on motor yachts up to 62' operating on inland and coastal waters of the southeast United States.

*Deckhand* – Served on commercial passenger vessels up to 300' and smaller private motor and sailing yachts.

## Industrial Experience

1991 - 1999      <u>Ingersoll-Rand Company, Air Compressor Group</u>
*Systems Engineer* – Responsible for sales of air compressors up to 2,000 Hp, refrigerated dryers, cooling towers and other accessories. Established and managed dealers for 2 Hp to 50 Hp products.  Surveyed factory utility needs and designed system solutions including mechanical room equipment layout, ventilation, piping schematic and oily water disposal.   Sub-contracted mechanical contractors and supervised equipment and piping installation.  Established preventative maintenance contracts and assisted Ingersoll-Rand technicians in service troubleshooting.  (Utilities in factories are similar to utilities on yachts and ships.)

1990      <u>Torrington Bearing Company</u>
*School Internship* - in engineering design.  Designed process water-cooling system.  (Cooling systems in factories serve similar purposes as those on yachts and ships.)

1988 – 1989      <u>Atlanta Gas & Light Company</u>
*Summer Internship* - Inspected corrosion potential for cathodic protection system of underground pipe system.  (Pipe system protection on land is similar to anodes and impressed current for corrosion protection on yachts and ships.)

**Certifications / Qualifications**

- Society of Accredited Marine Surveyors – AMS
- American Society of Appraisers – ASA
- Florida accredited claims adjuster - ACA
- ISM – Authorized internal auditor
- ISPS – Certified company and ship security officer
- STCW 95 certified (not current)
  - Basic and advanced fire fighting
  - Sea survival
  - Personal safety and responsibility
  - Basic and advanced first aid
- NMEA – Marine electronics installer – certified (not current)
- NMEA – NMEA2000 installer – certified (not current)
- ABYC – Marine electrical – certified (not current)
- ABYC – Standards for small craft – certified (not current)
- ABYC – Composite boat builder – certified (not current)
- International Association of Marine Investigators –CMI, Florida state coordinator (not current)
- International Naval Surveys Bureau –non-exclusive Surveyor (not current)
- USCG – limited master (not current)
- PADI – open water diver