UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**Case Number: 23-10017-CIV-MARTINEZ-SANCHEZ**

IN THE MATTER OF THE: COMPLAINT OF
GEORGE I. PINO AS OWNER OF MOTOR
VESSEL GIP-C II BEARING USCG OFFICIAL
# 1294732 FOR EXONERATION FROM OR
LIMITATION OF LIABILITY.,

    Petitioner.

_____/

## ORDER APPROVING PETITIONER'S LETTER OF UNDERTAKING AND DIRECTING ISSUANCE OF MONITION AND INJUNCTION

THIS CAUSE came before the Court upon Petitioner's Complaint, (ECF No. 3), and Petitioner's Motion to Approve Letter of Undertaking and Directing Issuance of Monition and Injunction, (ECF No. 4). Petitioner filed his Complaint for Exoneration from or Limitation of Liability, regarding his Motor Vessel GIP-C II, bearing United States Coast Guard Official Number 1294732 ("Subject Vessel"), pursuant to 46 U.S.C. § 30501 *et seq.* and Supplemental Rule F, for damages, injuries or fatalities caused by or resulting from an accident, which occurred on or about September 4, 2022, while his vessel was navigating on the Intracoastal Waterway in the vicinity of Cutter Bank Shallows in Monroe County, Florida.

The Complaint states the value of Petitioner's interest in the Subject Vessel does not exceed $5,000.00 and there is no pending freight. Petitioner has deposited with this Court a Letter of Undertaking by Progressive American Insurance Company, as surety, as security for the benefit of claimants in the amount of $5,600.00, with interest at 6 percent per annum from March 14, 2023, as required by the rules of this Court and by the law.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that:

1.     The Letter of Undertaking, (ECF No. 5-1), deposited by Petitioner with the Court for the benefit of claimants, in the sum of $5,600.00, with interest, as security for the amount or value of Petitioner's interests in the Subject Vessel is hereby approved.

2.     This Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced to carry out the provisions of 46 U.S.C. § 30501 *et seq.* for personal injuries, property damage, or any other claims resulting from the incident which occurred on or about September 4, 2022, referred to in the Complaint.

3.     A notice shall be issued by the Clerk of the Court to all persons and entities asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court in writing, and to serve on the attorney for the Petitioner a copy thereof on or before September 30, 2023, or be defaulted, and if any claimant desires to contest either the Petitioner's right to exoneration from or the right to limitation of liability, any such claimant(s) shall file and serve on Petitioner's attorney an answer to the Complaint, on or before said date, unless his claim has included an answer to the Complaint, so designated, or be defaulted.

4.     Publication of the aforesaid notice in the form required by Supplemental Rule F(4) be published in the Key West Citizen, once a week for four (4) successive weeks prior to the date fixed for the filing of claims, and copies of the notice shall also be mailed in accordance with Supplemental Rule F.

5.     The commencement or further prosecution of any and all actions or proceedings against Petitioner, the Subject Vessel, or other property of Petitioner with respect to any claims for

which Petitioner seeks exoneration from or limitation of liability herein, including any claim arising out of, or incident to, or connected with any loss, damage, injury, death or destruction, more fully described in the Complaint, are hereby restrained, stayed and enjoined until the hearing and determination of this action.

6.       Service of this Order as a restraining order may be made via electronic mail, through postal mail, or by hand delivery by sending a copy thereof to the person, persons, or entities to be restrained, or to their respective attorneys.

7.       Petitioner's Motion to Approve Letter of Undertaking, Directing Issuance of Monition, and Injunction, (ECF No. 5), is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **27** day of March, 2024.

_____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record